| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Minaldi, Patricia H. | District Court, Western District of Louisiana | January 16, 2003 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Nominee) | 5. ReportType (check appropriate type) _X_ Nomination, Date_____ ___ Initial ___ Annual ___ Final | 6. Reporting Period January 1, 2001 to December 31, 2002 |
|---|---|---|

| 7. Chambers or Office Address 1001 Lakeshore Drive Lake Charles, LA 70601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| State District Court Judge | 14th Judicial District Court, Louisiana |
| Manager (Spouse is other Manager.) | Minerex, LLC (family-owned company) |
| President | Louisiana District Judges Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 2002 | La. State Employee Retirement System (pension upon retirement) |
| 2002 | La. Deferred Compensation Plan (upon retirement or separation) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2001 | Judicial Branch Of La. | $ 95,597 |
| 2001 | Jack Lawton, Inc. | $ |
| 2001 | La. Health Services Indemnity Co. | $ |
| 2001 | Southern National Life Ins. Company | $ |
| 2002 | Judicial Branch Of La. | $ 98,645 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| ☐ NONE (No such reportable reimbursements.) | |
| | EXEMPT |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| ☐ NONE (No such reportable gifts.) | | |
| | EXEMPT | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- |
| ☒ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell merger redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| Minerex, LLC (family-owned oil & gas invest. co.) | | None | J | W | EXEMPT | | | | |
| Hibernia Nat. Bank (bank accounts) | A | Int. | K | T | EXEMPT | | | | |
| Northwest Mutual Ins. Co. (escrow account) | A | Int. | J | T | EXEMPT | | | | |
| Legg Mason Cash Reserve Trust | A | Div. | K | T | EXEMPT | | | | |
| Legg Mason Special Invest. Trust | C | Gain | J | T | EXEMPT | | | | |
| Legg Mason Cash Reserve Trust | A | Div. | J | T | EXEMPT | | | | |
| Legg Mason Opportunity Trust | A | Gain | J | T | EXEMPT | | | | |
| Legg Mason Cash Reserve Trust | A | Div. | J | T | EXEMPT | | | | |
| Legg Mason Opportunity Trust | A | Gain | J | T | EXEMPT | | | | |
| La. Deferred Compensation Plan | | | | | | | | | |
| Maxim Stock Index Portfolio | | None | J | T | EXEMPT | | | | |
| American Century Ultra Fund | | None | J | T | EXEMPT | | | | |
| Maxim INVESCO Small Cap Growth Portfolio | | None | J | T | EXEMPT | | | | |
| Other Property - St. Mary Parish (undivided interest) | | None | J | W | EXEMPT | | | | |
| EE United States Savings Bonds | | None | J | W | EXEMPT | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; (See Col. B1, D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; (See Col. C1, D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
Value Method Code: Q = Appraisal; R = Cost (real estate only); S = Assessment; T = Cash/Market; (See Col. C2) U = Book value; V = Other; W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

III. Non-Investment Income (continued)

6. 2002 Jack Lawton, Inc.
7. 2002 La. Health Services Indemnity Co.
8. 2002 Southern National Life Ins. Company

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is :curate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met >plicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in mpliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

:nature _____     Date ___1/16/03___

)TE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE 'BJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544